FILED

2026 May-06  PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

**RUSSHEL MORRISON,**
        Petitioner,

**v.**

**WARDEN NEELY**, et al.,
        Respondents.

**Case No. 7:25-cv-300-CLM-NAD**

## MEMORANDUM OPINION

The magistrate judge has entered a report (doc. 16) recommending that the court dismiss Petitioner Russhel Morrison's 28 U.S.C. § 2241 petition for writ of habeas corpus. The court hasn't received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny and dismiss without prejudice Morrison's petition for failure to exhaust administrative remedies.

The court will enter a separate final judgment that carries out this ruling and closes this case.

**Done** and **Ordered** on May 6, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE